IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN V. BANKS,                           1:05-CV-1613 OWW LJO P

      Plaintiff,

  vs

DR. MENDIUS, et al.,

      Defendants.                   ORDER TRANSFERRING CASE

     Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

     In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Marin County which is part of the Sacramento Division of the United States District Court for the Eastern District of California. Defendant currently resides in Avenal, California, which is part of the Fresno Division of the Eastern District, and one defendant is found in this division. The majority of the defendants reside in the Sacramento Division. It is clear that the center of gravity of this case is in the Sacramento Division, and that any relationship with this division is minimal. For that reason, the case will be transferred to the

Sacramento Division.  Pursuant to Local Rule 3-120(b), a civil action which has not been commenced in the proper court may, on the court's own motion, be transferred to the proper court.  All future pleadings shall reference the new case number and be filed at:

United States District Court<br>
Eastern District of California<br>
501 "I" Street, Suite 4-200<br>
Sacramento, CA 95814

Good cause appearing: IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento. IT IS SO ORDERED.

**Dated:   February 27, 2006**            /s/ Lawrence J. O'Neill
b6edp0                                             UNITED STATES MAGISTRATE JUDGE

2