IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN V. BANKS,

    Plaintiff,                         No. CIV S-06-0419 GEB CMK P

    vs.

DR. MENDIUS, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. In light of 1996 amendments to 28 U.S.C. § 1915, this court will not rule on plaintiff's request to proceed in forma pauperis.

        The federal venue statute requires that a civil action, other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants reside in the same State, (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated, or (3) a judicial district in which any defendant may be found, if there is no district in which the action may otherwise be brought." 28 U.S.C. § 1391(b).

1 In this case, none of the defendants reside in this district. The claim arose in Marin County, which is in the Northern District of California.[1] Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California. In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

With respect to plaintiff's request for clarification of the case number assigned to this action (Doc. 8), filed on March 15, 2006, plaintiff will be notified by the United States District Court for the Northern District of California of his new case number in that court upon completion of the transfer process.

Accordingly, IT IS HEREBY ORDERED that:

1. This court has not ruled on plaintiff's request to proceed in forma pauperis; and

2. This matter is transferred to the United States District Court for the Northern District of California.

DATED:  April 5, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

---

[1] The February 28, 2006, order transferring this action from the Fresno division of this court to the Sacramento division erroneously indicated that Marin County is in the Eastern District.